```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


EDWARD C. GIBSON,               )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         1:04cv910-T
                                )            (WO)
CLEOPHUS GAINS, JR.,            )
et al.,                         )
                                )
    Defendants.                 )
```

OPINION

Relying on federal law (including 42 U.S.C.A. § 1983) and state law, plaintiff filed this lawsuit challenging the assessment and collection of a state tax.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections

should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of September, 2005.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**