IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
EDWARD C. GIBSON,              )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       1:04cv910-T
                               )           (WO)
CLEOPHUS GAINS, JR.,           )
et al.,                        )
                               )
     Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections to recommendation are overruled.

(2) The United States Magistrate Judge's recommendation is adopted.

(3) Plaintiff's motions for sanctions are all denied.

(4) Plaintiff's motion for leave to proceed in forma pauperis is denied as moot.

 (5) Plaintiff's motions for summary judgment are denied.

 (6) Plaintiff's motion for default judgment is denied.

 (7) Plaintiff's motions for jury trial are all denied.

 (8) Plaintiff's motion to respond is granted.

 (9) Defendants' motions to amend or correct are denied as moot.

 (10) Defendants' motion to dismiss is granted.

 (11) This lawsuit is dismissed in its entirety as set forth in the recommendation.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of September, 2005.

     /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE